WRIGHT, FINLAY & ZAK, LLP
Robin Prema Wright, Esq., SBN 150984
Yelena Cayton, Esq., SBN 258380
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel. (949) 477-5050; Fax (949) 477-9200
rwright@wrightlegal.net ; hcayton@wrightlegal.net;

Attorneys for Defendant,
CAL-WESTERN RECONVEYANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RIEGER,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO HOME MORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION,<br><br>  Defendants. | CASE NO.: 3:13-CV-00749-JSC<br>[The Honorable Jacqueline Scott Corley]<br><br>~~[PROPOSED]~~ **ORDER GRANTING REQUEST TO PARTICIPATE IN MOTION TO DISMISS BY TELEPHONE**<br><br>Date:  April 18, 2013<br>Time:  9:00 a.m.<br>Crtm:  F- 15th Floor |

Defendant CAL-WESTERN RECONVEYANCE CORPORATION (hereinafter "Cal-Western") may participate in the hearing on Defendant Wells Fargo Bank N.A.'s Motion to Dismiss Complaint joined by Defendant Cal-Western pursuant to its Motion for Joinder filed March 19, 2013. The hearing is

-1-

**ORDER GRANTING REQUEST TO PARTICIPATE IN MOTION TO DISMISS BY TELEPHONE**
3:13-CV-00749-JSC

1  scheduled to be heard on April 18, 2013, at 9:00 a.m. in Courtroom F, before
2  Magistrate Judge Jacqueline Scott Corley.  ~~Cal-Western's counsel should call~~
3  ~~_____, at approximately _____ a.m., to participate.~~
4  Counsel shall contact Court Call at 1-888-882-6878 to make the arrangements
   to appear by telephone.
5
6  Dated: __April 15__, 2013          _____/s/ Jacqueline S. Corley_____
7                                     Jacqueline Scott Corley
                                       United States Magistrate Judge
8

# PROOF OF SERVICE

I, Julie L. Hansen, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660.

On April 12, 2013, I served the foregoing document described **[PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE IN MOTION TO DISMISS BY TELEPHONE** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

## SEE SERVICE LIST

[ ] (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Newport Beach, California. I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service pursuant to which practice the correspondence is deposited with the U.S. Postal Service the same day in the ordinary course of business.

[X] (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 12, 2013, at Newport Beach, California.

*Julie L. Hansen*
Julie L. Hansen

## SERVICE LIST

Scott Rieger
2697 Parkside Drive
Fremont, CA 94536
Tel: 408-890-6681
scottr_3@yahoo.com

*PRO SE Plaintiff*


Adam Frederick Summerfield, Esq.
Robert Arthur Bailey, Esq.
Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, CA 91101
626-535-1900; Fax: 626-577-7764
asummerfield@afrct.com; rbailey@afrct.com

*Attorneys for Defendant, WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB, and its internal division WELLS FARGO HOME MORTGAGE*