UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RIEGER,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, WELLS FARGO HOME MORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION,<br><br>    Defendants. | CASE NO.: 3:13-CV-00749-JSC<br><br>[The Honorable Jacqueline Scott Corley]<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST TO PARTICIPATE IN MOTION TO DISMISS BY TELEPHONE**<br><br>Date:    April 18, 2013<br>Time:   9:00 a.m.<br>Ctrm:   F- 15th Floor |

Defendant Wells Fargo may participate in the hearing on its motion to dismiss the complaint, filed on February 27, 2013, and set for hearing on April 18, 2013 at 9:00 a.m. before the Honorable Jacqueline Scott Corley. Counsel for Wells Fargo shall contact CourtCall at 1-888-882-6878 to make the arrangements to appear by telephone.

Dated: April 16, 2013

_____
Jacqueline Scott Corley
United States Magistrate Judge

```
 1  Submitted by:
    Robert A. Bailey (# 214688)
 2    rbailey@afrct.com
    Adam F. Summerfield (# 259842)
 3    asummerfield@afrct.com
    ANGLIN, FLEWELLING, RASMUSSEN,
 4    CAMPBELL & TRYTTEN LLP
    199 South Los Robles Avenue, Suite 600
 5  Pasadena, California 91101-2459
    Telephone:  (626) 535-1900
 6  Facsimile:   (626) 577-7764

 7  Attorneys for Defendant
    WELLS FARGO BANK, N.A., successor
 8  by merger with Wells Fargo Bank
    Southwest, N.A., f/k/a Wachovia
 9  Mortgage, FSB, f/k/a World Savings
    Bank, FSB, and its internal division
10  WELLS FARGO HOME MORTGAGE
    ("Wells Fargo")
11
12
...
28
```

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] ORDER GRANTING REQUEST TO PARTICIPATE IN MOTION TO DISMISS BY TELEPHONE**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

Scott Rieger
2697 Parkside Drive
Fremont, California 94536-5248
Scottr_3@yahoo.com
Telephone: (408) 890-6681

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on April 15, 2013.

| Rachelle H. Guillory | /s/ Rachelle H. Guillory |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |