UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT RIEGER, | CASE NO.: 3:13-CV-00749-JSC |
| Plaintiff, | [The Honorable Jacqueline Scott Corley] |
| v. | **ORDER GRANTING DEFENDANT WELLS FARGO'S REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; WELLS FARGO HOME MORTGAGE, INC.; CAL-WESTERN RECONVEYANCE CORPORATION, | |
| Defendants. | Date:   July 11, 2013<br>Time:  9:00 a.m.<br>Ctrm:  F, 15th Floor |

The Court, having read the request by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), that its counsel be permitted to appear telephonically at the hearing re Wells Fargo's motion to dismiss plaintiff's Complaint on July 11, 2013 of the above-entitled Court, and good cause showing:

/ / /

/ / /

/ / /

**IT IS ORDERED:**

Counsel for Wells Fargo's request to appear telephonically at the hearing re Wells Fargo's motion to dismiss the Complaint is granted. Counsel shall contact Court Call at 1-888-582-6878 to make arrangements by telephone.

Dated: July 9, 2013

*Jacqueline S. Corley*
HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING DEFENDANT WELLS FARGO'S
REQUEST TO APPEAR TELEPHONICALLY AT THE HEARING ON
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Plaintiff* | *Attorneys for Defendant,*<br>*Cal-Western Reconveyance Corporation* |
|---|---|
| Scott Rieger<br>111 Mahogany Lane<br>Union City, California 94587<br>Scottr_3@yahoo.com<br>Telephone: (408) 890-6681 | WRIGHT, FINLAY & ZAK, LLP<br>Robin Prema Wright, Esq., SBN 150984<br>Yelena Cayton, Esq., SBN 258380<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 92660<br>Tel. (949) 477-5050; Fax (949) 477-9200<br>rwright@wrightlegal.net ;<br>hcayton@wrightlegal.net |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. This declaration is executed in Pasadena, California on July 9, 2013.

| Rachelle H. Guillory | */s/ Rachelle H. Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |